**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**SEP 22 1998**

**PATRICK FISHER**
**Clerk**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

CORINE WARE,

        Plaintiff-Appellant,

v.

WYOMING BOARD OF LAW
EXAMINERS,

        Defendant-Appellee.

No. 97-8093
(D.C. No. 96-CV-299-J)
(D. Wyo.)
(973 F. Supp. 1339)

ORDER AND JUDGMENT [*]

Before **PORFILIO** , **KELLY** , and **HENRY** , Circuit Judges.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9. The case is therefore ordered submitted without oral argument.

---

[*]     This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

Plaintiff appeals from a judgment of the United States District Court for the District of Wyoming granting summary judgment to defendant and denying plaintiff's motion for summary judgment in her action alleging violations of the Americans With Disabilities Act, certain civil rights statutes, and the Constitution.  See Ware v. Wyoming Bd. of Law Exam'rs, 973 F. Supp. 1339 (D. Wyo. 1997).  We have jurisdiction under 28 U.S.C. § 1291.

"We review the district court's grant of summary judgment de novo, applying the same standard used by the district court under Fed. R. Civ. P. 56(c)." Novell, Inc. v. Federal Ins. Co., 141 F.3d 983, 985 (10th Cir. 1998).  Based on our review of the record, we discern no error in the district court's judgment.  We therefore affirm for substantially the reasons stated by the district court in its order of August 5, 1997.

AFFIRMED.  The mandate shall issue forthwith.

Entered for the Court

Paul J. Kelly, Jr.
Circuit Judge

-2-